IRENE ORLICK et al., Appellants, v. GOLDSMITH BROS., Respondent.—

On this record, we believe the Special Term improvidently exercised its discretion in denying the rule 9 preference. Ughetta, Kleinfeld, Christ and Brennan, JJ., concur; Beldock, P. J., dissents and votes to affirm the order on the ground that upon all the facts presented by the record the Special Term did not abuse its discretion in denying the preference.